UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: <br> Hector L. Haggar <br><br><br> Debtor(s) | BK No.: 14-26711 <br><br> Chapter: 7 <br> Honorable Timothy A. Barnes |

## AMENDED ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SANDRA HASWELL OF DREAM TOWN REALTY AS TRUSTEE'S REAL ESTATE AGENT

This matter having come before the Court on the Motion for Entry of an Order Authorizing the Retention and Employment of Sandra Haswell of Dream Town Realty as Trustee's Real Estate Agent pursuant to 11 U.S.C. §§ 327(a) and 328 and Federal Rule of Bankruptcy Procedure 2014; due written notice having been given; the Court having heard statements of counsel on the record and being otherwise fully advised in the premises;

IT IS THEREFORE HEREBY ORDERED that:

1. Trustee is authorized to employ Sandra Haswell ("Haswell") of Dream Town Realty as his real estate agent in the above-referenced case.

2. Sandra Haswell's 6% commission will be paid only when the sale of 1711 N. 73rd Avenie, Elmowood Park, IL 60707 closes, and Haswell's commission will be paid from closing proceeds (subject to further order of Court approving such sale). Haswell's commission will not be paid from any forfeited earnest money deposit.

3. This Court shall retain exclusive jurisdiction over any and all disputes between Trustee and Haswell or her employer regarding the sale of the Property.

4. This Order is a final Order and is effective immediately.

Enter:

United States Bankruptcy Judge

Dated: OCT 3 0 2014

**Prepared by:**
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

30 OCT 2014

Rev: 20120501_bko